IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMANEKA SANDERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LYNN LOYD TRUCKING, LLC, )<br>PROGRESSIVE COMMERCIAL )<br>ADVANTAGE AGENCY, INC., )<br>WALTER HANCOCK, LYNNN )<br>LOYD, and SOUTHWEST )<br>MISSISSIPPI FARMS, LLC, )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO: _____ |

## **PETITION FOR REMOVAL**

TO: The Judges of the United States District Court, Northern District of Georgia

1. A civil action has been brought against the Petitioner which is now pending in the State Court of Dekalb County, State of Georgia, by the above-named Plaintiffs, said action being designated as Civil Action No. 22A03288. In the within suit, Plaintiff Comaneka Sanders seek to recover of Defendants a sum in excess of $75,000.00 exclusive of interests and costs.

2. The Plaintiff is now, was at the time of the commencement of this action, and at all times since has been a citizen and resident of the State of Georgia.

3. Defendant Lynn Lloyd was at the time of the commencement of this action, and at all times since has been a citizen and resident of the State of Louisiana. Her address is 78640 McElveen Rd., Kentwood, LA 70444.

4. Defendant Lynn Lloyd Trucking LLC was at the time of the commencement of this action and at the time of the accident a corporation organized and existing under the laws of the State of Mississippi.

5. The Members of Lynn Loyd Trucking LLC are Lynn Loyd who is a resident of the State of Louisiana. Her address is 78640 McElveen Rd., Kentwood, LA 70444.

6. Defendant Progressive Insurance Company is now, was at the time of the commencement of this lawsuit, and at all times since, a corporation organized and existing under the laws of the State of Ohio, having its principal place of business in Highland Heights, Ohio.

7. Defendant Walter Hancock was at the time of the commencement of this action, and at all times since has been a citizen and resident of the State of Louisiana. His address is 34539 Hwy 1055, Mt. Herman, LA 70450.

8. Defendant Southwest Mississippi Farms LLC was at the time of the commencement of this action and at the time of the accident a corporation organized and existing under the laws of the State of Mississippi.

9. The Members of Southwest Mississippi Farms, LLC are Terry Byrd and Kolby Byrd who are residents of the State of Mississippi.

10. This action was filed with the State Court of Dekalb County on August 30, 2022. (*See* Plaintiff's Complaint, Exhibit A). The first Defendant served in this case was Progressive Insurance Company on September 7, 2022. (*See* Affidavit of Service, Exhibit G).

11. The Plaintiff's *Complaint for Damages* did not set forth a specific prayer for dollar recovery. However, Plaintiff's counsel in April 2022 sent a demand to Progressive for $399,000.00. (*See* Exhibit I, Plaintiff's Demand). As part of said demand, Plaintiff's claim that this was a hit-and-run accident and that they seek punitive damages. Plaintiff's also claimed special damages of $37,769.97. Additionally, Plaintiff also claims continuing issues as a result of the accident and ongoing pain and suffering including difficulty in performing her work and home responsibilities.

12. In the Complaint, Plaintiff has pled a cause of action for punitive damages and attorney's fees and expenses against all Defendants for an alleged hit and run. (*See* Exhibit A). "When determining the jurisdictional amount in controversy in diversity cases, punitive damages must be considered unless it is apparent to a legal certainty that such cannot be recovered." Holley Equip. Co. v. Credit Alliance Corp., 821 F.2d 1531, 1535 (11th Cir. 1987).

Accordingly, given the Plaintiff's demand of $399,000.00, along with the Plaintiff's claim for punitive damages, the amount on controversy is in excess of $75,000.00, and the within action is removable to this Honorable Court by reason of federal court diversity jurisdiction.

13. Attached hereto are copies of the following pleadings and other filings in the within action, which was initially filed in the State Court of Dekalb County (Civil Action No. 22A03288)

    Exhibit A: Complaint

    Exhibit B: Plaintiff's Discovery to Lynn Loyd Trucking

    Exhibit C: Plaintiff's Discovery to Lynn Loyd

    Exhibit D: Plaintiff's Discovery to Southwest Mississippi Farms

    Exhibit E: Plaintiff's Discovery to Walter Hancock

    Exhibit F: Plaintiff's Discovery to Progressive

    Exhibit G: Affidavit of Service on Progressive

    Exhibit H – Answer of Defendants

14. Now, within thirty (30) days following service of Defendant Progressive Insurance Company, Defendants Lynn Loyd, Lynn Loyd Trucking, LLC, Walter Hancock, Southwest Mississippi Farms, LLC, and Progressive Insurance Company have filed the within Petition for Removal to this Honorable Court.

15. This Honorable Court has federal diversity jurisdiction under 28 U.S.C. 1332, in that it is a civil action wherein the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and cost, and there is diversity of citizenship between the parties.

16. As between the Plaintiff and Defendant Lynn Loyd there exists complete diversity of citizenship under 28 U.S.C. 1332(a).

17. As between the Plaintiff and Defendant Lynn Loyd Trucking, LLC there exists complete diversity of citizenship under 28 U.S.C. 1332(a).

18. As between the Plaintiff and Defendant Walter Hancock there exists complete diversity of citizenship under 28 U.S.C. 1332(a).

19. As between the Plaintiff and Defendant Progressive Insurance Company there exists complete diversity of citizenship under 28 U.S.C. 1332(a).

20. Pursuant to 28 U.S.C. 1441, et seq., this action is now removable by reason of diversity of citizenship, there being more than $75,000.00 in controversy, exclusive of interest and costs.

WHEREFORE, Defendants Lynn Lloyd, Lynn Loyd Trucking, LLC, Walter Hancock, and Progressive Insurance Company file this Petition for Removal of said cause to this Honorable Court.

Respectfully submitted, this 4th of October, 2022.

                                       **FAIN, MAJOR & BRENNAN, P.C.**

                                       */s/ Robyn M. Roth*

| One Premier Plaza | ROBYN M. ROTH |
| --- | --- |
| 5605 Glenridge Drive NE | Georgia Bar No. 153025 |
| Suite 900 | Counsel for Defendants |
| Atlanta, GA  30342 | |
| (404) 688-6633 | |
| rroth@fainmajor.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COMANEKA SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO: _____ |
| LYNN LOYD TRUCKING, LLC, ) | |
| PROGRESSIVE COMMERCIAL ) | |
| ADVANTAGE AGENCY, INC., WALTER ) | |
| HANCOCK, LYNNN LOYD, and ) | |
| SOUTHWEST MISSISSIPPI FARMS, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing ***Petition for Removal*** with the Clerk of Court using *CM/ECF* which will automatically send e-mail notification of such filing to all parties of record and/or by depositing a copy of same with the United States Postal Service, with first class postage prepaid, as follows:

Rob Loar, Esq.
WLG Atlanta, LLC
Bank of America Plaza
600 Peachtree Parkway, NE
Suite 4010
Atlanta, GA 30308
Rob.loar@witheritelaw.com

Respectfully submitted, this 4th of October, 2022.

|  | **FAIN, MAJOR & BRENNAN, P.C.** |
|---|---|
|  | */s/ Robyn M. Roth* |
| One Premier Plaza | ROBYN M. ROTH |
| 5605 Glenridge Drive NE | Georgia Bar No. 153025 |
| Suite 900 | Counsel for Defendants |
| Atlanta, GA 30342 | |
| (404) 688-6633 | |
| rroth@fainmajor.com | |